IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARITA ALICEA,            :   CIVIL ACTION
o/b/o J.I.P.,                :   NO. 12-6725
                             :
          Plaintiff,         :
                             :
     v.                      :
                             :
CAROLYN COLVIN,              :
                             :
          Defendant.         :

**O R D E R**

**AND NOW**, this **7th** day of **February, 2014**, it is hereby

**ORDERED** that:

(1)  Plaintiff's objections are overruled;

(2)  The Court **APPROVES** and **ADOPTS** Chief Magistrate

Judge Carol Sandra Moore Wells's Report and Recommendation;

(3)  Plaintiff's request for review is **DENIED**; and

(4)  Judgment is entered in this matter in favor of

Defendant.

**AND IT IS SO ORDERED.**


**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,     J.**